UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES AMETEPE, ET AL.,

                       Plaintiffs,

-v-

PEAK TIME PARKING, CORP., ET AL.,

                       Defendants.

18 Civ. 5384 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

This case has been placed on the jury trial list for September 7, 2021. The case is third on the list for jury trials for that day. This means that the case will not proceed on September 7, 2021 if either of the other trials scheduled for that date goes forward. Within one week of this order, the parties are directed to submit a joint letter indicting whether all parties and witnesses are available to begin trial on September 7, 2021. If the case cannot proceed on the scheduled date, or if the parties are unable to begin trial on September 7, 2021, the Court will seek another jury trial date for as soon as possible thereafter.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 7, 2021
      New York, New York