UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES AMETEPE, ET AL.,

                Plaintiffs,

-v-

PEAK TIME PARKING, CORP., ET AL.,

                Defendants.

18 Civ. 5384 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The parties have indicated that they are not available to begin trial on September 7, 2021. Dkt. 126. Accordingly, the Court will submit this case for a jury trial in the fourth quarter of 2021. The parties are directed to file a joint letter within two weeks of this order identifying any dates in October, November, and December on which necessary participants are unavailable for trial.

The Court schedules a final pretrial conference for August 31, 2021 at 3 p.m. That conference will be held in-person, in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. The conference participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain entry to the courthouse for the conference.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: June 17, 2021

New York, New York

2