UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES AMETEPE ET AL,

                                      Plaintiffs,

-v-

PEAK TIME PARKING, CORP. ET AL,

                                      Defendants.

18 Civ. 5384 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      This case has been placed on the jury trial list for the week of November 8, 2021. The case must be trial-ready for that date. This case is a backup on the list for jury trials for that day. This means that the case will not proceed if a trial scheduled ahead of this one goes forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that the matter will proceed on the week of November 8, 2021, it will inform the parties.

      In light of the November 8, 2021 trial date, the Court is adjourning the final pretrial conference that was to be held on August 31, 2021 until **October 5, 2021 at 2:00 p.m**. This conference will be held in-person, in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

      SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 27, 2021
      New York, New York

2