UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES AMETEPE ET AL,

                                    Plaintiffs,

            -v-

PEAK TIME PARKING, CORP. ET AL,

                                    Defendants.

18 Civ. 5384 (PAE) (SDA)

ORDER

PAUL A. ENGELMAYER, District Judge:

     Due to a scheduling conflict that has arisen, the Court adjourns the final pretrial conference scheduled for today.  The parties are directed to email chambers, by close of business, the soonest available date they are able to meet in person.

     SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: October 5, 2021
        New York, New York