UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES AMETEPE ET AL,

                              Plaintiffs,

-v-

PEAK TIME PARKING, CORP. ET AL,

                              Defendants.

18 Civ. 5384 (PAE) (SDA)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On October 4, 2021, the Court adjourned the final pretrial conference scheduled for that day, and requested that the parties submit their availability for a future date. *See* Dkt. 134. The final pretrial conference will be held on **October 22, 2021 at 10:00 a.m**. The conference will be held in person, in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. The conference participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain entry to the courthouse for the conference.

      SO ORDERED.

                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: October 6, 2021
       New York, New York