UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES AMETEPE ET AL,

                    Plaintiffs,

    -v-

PEAK TIME PARKING, CORP. ET AL,

                    Defendants.

18 Civ. 5384 (PAE) (SDA)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 15, 2021, the Court received a letter from defendants asking for reconsideration of the Court's October 13, 2021 order resolving defendants' motions *in limine*. Dkts. 136, 137. The Court's October 13, 2021 order granted the voluntary dismissal of the plaintiffs' FLSA claims, and found supplemental jurisdiction over the remaining NYLL claims to be proper. Dkt. 137. The defendants' October 15, 2021 letter asks to the Court to consider the Opt-In Plaintiffs' NYLL claims to be moot, as such Plaintiffs joined the action via the FLSA opt-in mechanism and did not separately plead NYLL claims. Dkt. 137.

Plaintiffs' response to defendants' letter is due **October 20, 2021**. The Court does not invite a reply.

SO ORDERED.

                                                                          Paul A. Engelmayer
                                                                          United States District Judge

Dated: October 18, 2021
       New York, New York