UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES AMETEPE ET AL,<br><br>                                    Plaintiffs,<br>                     -v-<br><br>PEAK TIME PARKING, CORP. ET AL,<br><br>                                    Defendants. | 18 Civ. 5384 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Pursuant to the parties' October 25, 2021 letter, Dkt. 144, an in-person bench trial in this case is scheduled to begin at 9 a.m. on Wednesday, November 10, 2021, in courtroom 1305 of the Thurgood Marshall Courthouse.  The Court will not sit on Thursday November 11, 2021, as it is a federal holiday, but will resume sitting on Friday, November 12, 2021.

The Court reminds counsel that, pursuant to its procedures in bench trials as reflected in the Court's Individual Rules, each side is directed to submit proposed findings of fact and conclusions of law.  These are due Friday, November 5, 2021.  The Court will not, however, require the parties, as in some bench rulings, to provide direct testimony for party witnesses in the form of sworn declarations.  Given the nature of the issues to be tried, and the fact that the parties' recent decision to elect a bench trial could make the preparation of such declarations burdensome on the time frame available, the Court will instead hear direct testimony live.

To assist the Court in its preparation, the Court further directs counsel, by close of business on November 5, 2021, to submit a joint letter identifying, in anticipated sequence, the witnesses that each party will call.  To the extent a witness requires an interpreter, the Court reminds counsel that it is the responsibility of the party calling that witness to bring a qualified

interpreter.  The Court will invite brief opening statements from counsel prior to the testimony of the first witness.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 26, 2021
       New York, New York