UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JAMES AMETEPE, on behalf of himself, individually, and on behalf of all others similarly situated,

                            Plaintiffs,

      -against-

PEAK TIME PARKING, CORP., and FIH ENTERPRISE INC., and SAM DAR ENTERPRISES INC., and AD PARKING INC. and ZAFAR MAJEED, individually, and FAYYAZ KHAN, individually, and NAVEED ANJUM, individually, and MUSTAFA ALI KHANDWALLA, individually,

                            Defendants.
_____

Docket No: 18CV5384 (PAE)(SDA)

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Upon the joint application of the Plaintiffs and Defendants in the above-captioned action, by their respective counsel, for entry of an Order of Dismissal with Prejudice, which incorporates within it all terms from the parties' negotiated Settlement Agreement and Release, attached hereto as Exhibit A, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is

**HEREBY ORDERED AS FOLLOWS**:

1. The parties' duly executed Settlement Agreement and Release, attached hereto as Exhibit A, and all terms contained within it, are hereby incorporated into the instant order.

2. This action, including all claims asserted by the Plaintiffs herein, is hereby dismissed with prejudice as against all of the Defendants, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

3. All parties are directed to proceed in accordance with the Settlement Agreement and Release, and all parties are responsible for their own attorneys' fees and costs except as provided therein;

4. The Court shall retain jurisdiction over this matter to enforce the terms of the parties' Settlement Agreement and Release, and to enter judgment against Defendants in accordance therewith, should that become necessary.

Dated: November 10, 2021

BORRELLI & ASSOCIATES, P.L.L.C.
By: _____
Andrew C. Weiss , Esq.
910 Franklin Avenue, Suite 200
Garden City, New York 11530
*Attorneys for Plaintiffs*

BLAU LEONARD LAW GROUP, LLC
By: _____
Steven Bennett Blau, Esq.
23 Green Street, Suite 105
Huntington, New York 11743
*Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2021

_____
The Honorable Stewart D. Aaron, U.S.M.J.